UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE LUIS ORTIZ DELL,<br><br>    Petitioner<br>v.<br><br>WILLIAM BARR, et al.,<br><br>    Respondents | Case No. 2:20-cv-01827-JAD-NJK<br><br>**Order Dismissing Petition<br>and Closing Case** |

Petitioner Jose Luis Ortiz Dell filed his habeas petition without paying the $5.00 habeas filing fee or submitting a complete application to proceed *in forma pauperis* ("IFP").[1] I therefore ordered Dell to either pay the $5 filing fee or submit a complete IFP application with all required attachments within approximately five weeks.[2] Dell was warned that a failure to comply by submitting a complete IFP application or paying the filing fee would result in the dismissal of this action without prejudice and without further advance notice.[3] The deadline expired on November 30, 2020, and Dell has not filed a completed IFP application, paid the $5 filing fee, requested an extension of time, or taken any other action to prosecute this case.

IT IS THEREFORE ORDERED that Petitioner Jose Luis Ortiz Dell's Petition for Writ of Habeas Corpus **[ECF No. 1-1] is DISMISSED WITHOUT PREJUDICE** based his on failure to comply with the court's Order [ECF No. 3] or the Local Rules of Practice.

IT IS FURTHER ORDERED that the Clerk of Court is directed to ENTER FINAL JUDGMENT and CLOSE THIS CASE.

Dated:   12-4-2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] *See* 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

[2] ECF No. 3.

[3] *Id.*